■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARON GOODMAN, Appellant. [738 NYS2d 245] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered December 2, 1998, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw his previously-entered plea of guilty without holding a hearing (*see,* CPL 220.60 [3]; *People v Frederick,* 45 NY2d 520; *People v Tinsley,* 35 NY2d 926). The defendant's bare claim of innocence was unsubstantiated and refuted by his earlier admission of guilt (*see, People v Quijada-Lopez,* 256 AD2d 478; *People v Bonds,* 254 AD2d 430).

The defendant's remaining contentions are without merit. Altman, J.P., Smith, Krausman, McGinity and Cozier, JJ., concur.